**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:08CR00251-01 JLH

DONALD RAY FORTE                                                                           DEFENDANT

**ORDER**

By Order dated October 15, 2008, the Court committed Donald Ray Forte to the custody of the Attorney General or his authorized representative for a period not to exceed forty-five (45) days for a psychiatric and complete physical examination pursuant to 18 U.S.C. § 4241, 4242, and 4247(b) and (c).

The Court received correspondence from Warden Blake R. Davis of the FCI Englewood facility in Littleton, Colorado, on November 24, 2008, in which he requests that the forty-five (45) day period begin from the date that defendant arrived at the designated Bureau of Prisons facility. Warden Davis further requests a thirty (30) day extension of which to complete the examinations. Counsel for the government and defendant have been contacted and have no objection to the requests.

IT IS THEREFORE ORDERED that the forty-five (45) day period in which to conduct the psychiatric and complete physical examinations is considered to have started upon defendant's arrival at the facility on October 31, 2008. The request for an additional thirty (30) days to complete the examinations is also granted.

IT IS FURTHER ORDERED that the additional delay occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A) and (H).

IT IS SO ORDERED this 26th day of November, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE