# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                      NO. 4:08CR00251-01 JLH

DONALD RAY FORTE                                                                   DEFENDANT

## ORDER

On October 15, 2008, the Court entered an order committing Donald Ray Forte to the custody of the Attorney General or his authorized representative for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4242 and 18 U.S.C. § 4241.  The order stated that eleven days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.  The order stated that if no motions were filed within eleven days, the Court would enter an order adopting or rejecting the conclusions set forth in the report.  The report was received on February 23, 2009, and copies were provided to counsel.  No opposition to the report has been filed.  Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 9th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE